1  S BENJAMIN B. WAGNER
   United States Attorney
2  KEVIN C. KHASIGIAN
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916)554-2700

5  Attorneys for the United States

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )  2:11-CV-03007-WBS-GGH
                                     )
12            Plaintiff,             )  UNITED STATES' REQUEST TO
                                     )  CONTINUE THE MARCH 19, 2012
13       v.                          )  SCHEDULING CONFERENCE;
                                     )  PROPOSED ORDER
14  REAL PROPERTY LOCATED ON         )
    DEER VALLEY ROAD, BANGOR         )
15  CALIFORNIA, BUTTE COUNTY,        )
    APN: 028-450-017, INCLUDING ALL  )
16  APPURTENANCES AND                )
    IMPROVEMENTS THERETO,            )
17                                   )
              Defendant.             )
18  _____  )

19       The United States submits the following Request to Continue the March 19,

20  2012 Scheduling Conference.  For the reasons set forth below, there is good cause to

21  continue the currently set March 19, 2012 scheduling conference to May 29, 2012.

22

23                      **Introduction**

24       On November 10, 2011, the United States filed a civil forfeiture complaint

25  against Real Property located on Deer Valley Road, Bangor, California, Butte

26  County, APN: 028-450-017 based on its involvement in federal drug law violations,

27  and because it was purchased with illegally structured funds.  All known potential

28  claimants to the defendant property were served in a manner consistent with

                           1      Request to Continue the March 19, 2012
                                  Scheduling Conference; Proposed Order

1  *Dusenbery v. United States*, 534 U.S. 161, 168 (2002) and the applicable statutory

2  authority.   Additionally, public notice on the official internet government forfeiture

3  site, www.forfeiture.gov, began on December 15, 2011 and ran for thirty consecutive

4  days, as required by Rule G(4)(a)(iv)(C) of Supplemental Rules for Admiralty or

5  Maritime Claims and Asset Forfeiture Actions.

6

7  **Good Cause**

8  There is good cause to continue the scheduling conference currently set for

9  March 19, 2012.  The United States provided notice to potential claimants pursuant

10  to law and, no party having appeared in the case, requested a clerk's default on

11  November 13, 2012.  After a Rule 55(a) default was entered on February 14, 2012,

12  the United States moved for default judgment and final judgment of forfeiture.[1]

13  The United States has diligently pursued its forfeiture case against the defendant

14  property, noticing all potential claimants, requesting certificates of default after no

15  party filed a claim and, thereafter, moving for default judgment.  The latter motion

16  sets forth the forfeiture basis and the *notice facts*, which included notice by

17  publication, posting the defendant property, and direct notice.

18  Whereas the United States provided notice of the forfeiture complaint and no

19  party has filed a claim, nor sought an extension of time to comply with the statutory

20  deadlines, or otherwise asserted an interest in this litigation.  And whereas the

21  United States has moved for default judgment and final judgment of forfeiture, the

22  United States requests that this Court continue the scheduling conference currently

23  calendared for March 19, 2012 in Courtroom 5 before the Honorable William B.

24  Shubb, pending the resolution of the United States' motion for default judgment

25  and final judgement of forfeiture.  For these reasons, the United States seeks to

26

27

28  [1] The United States filed its Motion for Default Judgment and Final
Judgement of Forfeiture on February 29 , 2012.  That motion is now pending before
the court.

2       Request to Continue the March 19, 2012
        Scheduling Conference; Proposed Order

1   continue the currently set March 19, 2012 scheduling conference to May 29, 2012,

2   or continue the scheduling conference to a date the Court deems acceptable.

3

4

5   Dated: 3/6/2012                              BENJAMIN B. WAGNER
                                                 United States Attorney
6

7                                                 /s/ Kevin C. Khasigian

8                                                KEVIN C. KHASIGIAN
                                                 Assistant U.S. Attorney
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                    3        Request to Continue the March 19, 2012
                                             Scheduling Conference; Proposed Order

1                                                    ORDER

2              Pursuant to Plaintiffs' request and good cause appearing, the Court makes

3     the following order:

4              The scheduling conference currently set for March 19, 2012 is continued to

5     **May 29, 2012 at 2:00 p.m.** in Courtroom 5 before the Honorable William B. Shubb,

6     pending the resolution of the United States' motion for default judgment and final

7     judgement of forfeiture.

8

9

10

IT IS SO ORDERED.

11

12    Dated:  March 12, 2012

13    _____
      WILLIAM B. SHUBB
14    UNITED STATES DISTRICT JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Request to Continue the March 19, 2012
                                           Scheduling Conference; Proposed Order