BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916)554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:11-CV-03007-WBS-GGH |
| Plaintiff, | DEFAULT JUDGMENT AND FINAL JUDGMENT OF FORFEITURE |
| v. | |
| REAL PROPERTY LOCATED ON DEER VALLEY ROAD, BANGOR CALIFORNIA, BUTTE COUNTY, APN: 028-450-017, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, | |
| Defendant. | |

This matter came on before the Honorable Magistrate Judge Gregory G. Hollows on the United States' *ex parte* motion for default judgment. There was no appearance by or on behalf of any other person or entity claiming an interest in the above-captioned defendant property to oppose the United States' motion. The Magistrate Judge has recommended that the United States' motion for default judgment be granted. Based on the Magistrate Judge's Findings and Recommendations and the files and records of the Court, it is

ORDERED, ADJUDGED AND DECREED:

1. The Magistrate Judge's Findings and Recommendations are adopted herein.

2. Salvador B. Rocha is held in default.

3. A judgment by default is hereby entered against any right, title, or interest of Salvador B. Rocha in the defendant property referenced in the above-caption.

4. A final judgment of forfeiture is hereby entered, forfeiting all right, title, and interest in the defendant real property located on Deer Valley Road, Bangor, California, Butte County, APN: 028-450-017 to the United States, to be disposed of according to law.

5. All parties shall bear their own costs and attorneys' fees.

SO ORDERED, this 26th day of April, 2012.

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE